IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL RAMOS, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | C. A. No. 05-544-JJF ) ) |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) |

### STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

| SCHMITTINGER & RODRIGUEZ, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Scott E. Chambers | By: /s/ Richard L. Horwitz |
| Scott E. Chambers (#2532) | Richard L. Horwitz (#2246) |
| Jeffrey J. Clark (#3485) | W. Harding Drane, Jr. (#1023) |
| jclark@schmittrod.com | Hercules Plaza |
| 414 South State Street | 1313 N. Market Street |
| P.O. Box 497 | P.O. Box 951 |
| Dover, DE 19903 | Wilmington, DE 19801 |
| Telephone: (302) 674-0140 | Telephone: (302) 984-6000 |
| Facsimile: (302) 674-1830 | Facsimile: (302) 658-1192 |
| schambers@schmittrod.com | rhorwitz@potteranderson.com |
| jclark@schmittrod.com | wdrane@potteranderson.com |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Eugene A. Spector<br>Jeffrey L. Kudroff<br>Theodore M. Lieverman<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611 | BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| Randy M. Weber<br>THE LAW OFFICES OF RANDY M.<br>  WEBER, P.A.<br>777 Bricknell Avenue, Suite 1114<br>Miami, FL 33131<br>Telephone: (305) 536-3434<br>Facsimile: (305) 536-3433 | Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929 |
| Attorneys for Plaintiff<br>PAUL RAMOS | Attorneys for Defendant<br>INTEL CORPORATION |

Dated: August 11, 2005

693829

SO ORDERED this ___ day of _____, 2005.

_____
Joseph J. Farnan, Jr., U.S.D.J.